UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ASHLEY ANDERSON,

                Plaintiff,                      22 **CIVIL** 3496 (RWL)

       -v-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 2, 2023, that the action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings including the opportunity for a new hearing.

**Dated:**  New York, New York
          June 5, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                              **Clerk of Court**

                            **BY:**

                                                        _____
                                                              **Deputy Clerk**